

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2020

No. 04-18-00733-CR

Martin **BALLEZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12645
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
               Patricia O. Alvarez, Justice
               Beth Watkins, Justice

The panel has considered Appellant's motion for rehearing; the motion is DENIED.  *See* TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court